No. 98–5429. GENEREUX *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–5430. GILBERT *v.* WRIGHT, JUDGE, LETCHER CIRCUIT COURT, ET AL. Sup. Ct. Ky. Certiorari denied.

No. 98–5432. SMITH *v.* TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 98–5434. PATTON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 98–5435. SLAGEL *v.* SHELL OIL CO. ET AL. C. A. 7th Cir. Certiorari denied.

No. 98–5436. RAY *v.* SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 98–5437. RICHARDS *v.* UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 98–5438. MAZURAK *v.* ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 98–5440. JONES *v.* PRUNTY, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–5441. BUTLER *v.* RENWICK ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–5442. BARTELHO *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 98–5443. ERVIN *v.* FISHERMAN'S RESTAURANT. C. A. 9th Cir. Certiorari denied.

No. 98–5446. GREEN *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98–5447. ALVAREZ *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 98–5448. CRUZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.